In the Matter of the Application of CHARLES H. MACRAE et al., Appellants, for the Vacation of a Decree of Adoption.

JAMES H. ROGERS et al., Respondents.

(Submitted September 30, 1907; decided October 8, 1907.)

Motion for re-argument denied, with ten dollars costs.    (See 189 N. Y. 142.)

---

In the Matter of the Application of FLORA GAFFNEY, Appellant, for the Revocation of the Probate of an Alleged Codicil to the Will of EMILY L. GAFFNEY, Deceased.

MARY A. BARRY et al., Respondents.

(Submitted September 30, 1907; decided October 8, 1907.)

Motion for re-argument denied, with ten dollars costs.    (See 189 N. Y. 503.)